# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-0497
Lower Tribunal No. 2014-CF-3685-A-O

———————————————

MAURICIO ORTIZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

July 28, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and GANNAM, JJ., concur.

Mauricio Ortiz, Ocala, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Bureau Chief, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED